UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HANNIBAL ABDULLAH-EL,<br><br>  Plaintiffs,<br><br>  v.<br><br>WASHINGTON STATE PENITENTIARY, WASHINGTON CORRECTIONS CENTER,<br><br>  Defendants. | CASE NO. C15-52050 RJB-KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff's application to proceed in forma pauperis (Dkt. 1), is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court will review the complaint under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

DATED this 22nd day of April, 2015.

Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS- 1