UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HANNIBAL ABDULLAH-EL,

                Plaintiff,

   v.

WASHINGTON STATE PENITENTIARY,
WASHINGTON CORRECTIONS CENTER,

                Defendants.

No. C15-5250 RJB-KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom and the remaining record, does hereby find and **ORDER:**

      (1)    The Court adopts the Report and Recommendation (Dkt. 9).

      (2)    This action is **Dismissed without Prejudice** for failure to state a claim.  All pending motions are **Denied as Moot.**

      (3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

      **DATED** this 23rd day of June, 2015.

                                              */s/ Robert J. Bryan*

                                        ROBERT J. BRYAN
                                        United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1